1
2
3
4
5
6
7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  MARCELLUS MOTLEY,                          No. CIV S-09-1525-CMK-P

12              Petitioner,

13       vs.                                   ORDER

14  MATHEW CATE,

15              Respondent.

16  _____/

17              Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18  habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's petition

19  (Doc. 1).  "A petitioner for habeas corpus relief must name the state officer having custody of

20  him or her as the respondent to the petition."  Stanley v. California Supreme Court, 21 F.3d 359,

21  360 (9th Cir. 1994); see also Rule 2(a), Federal Rules Governing Section 2254 Cases.  Because

22  petitioner has not named the appropriate state officer, the petition must be dismissed with leave

23  to amend to name the correct respondent.  See Stanley, 21 F.3d at 360.  Petitioner is warned that

24  failure to comply with this order may result in the dismissal of this action.  See Local Rule 11-

25  110.

26  ///

1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.     Petitioner's petition for writ of habeas corpus (Doc. 1) is dismissed with

3     leave to amend;

4          2.     Petitioner shall file an amended petition on the form employed by this

5     court, and which names the proper respondent and states all claims and requests for relief, within

6     30 days of the date of this order; and

7          3.     The Clerk of the Court is directed to send petitioner the court's form

8     habeas corpus application.

9

10     DATED: June 8, 2009

11

12                                         CRAIG M. KELLISON
                                           UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26