**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCELLUS MOTLEY, | No. CIV S-09-1525-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| MATHEW CATE, | |
|     Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c). Final judgment was entered on November 23, 2010. Pursuant to Rule 11(a) of the Federal Rules Governing Section 2254 Cases, the court considered whether to issue a certificate of appealability at the time of entry of final judgment and declined to do so. Now pending before the court are: (1) petitioner's motion for a certificate of appealability (Doc. 25); and (2) petitioner's motion for leave to proceed in forma pauperis (Doc. 26).

/ / /

1   As to petitioner's motion for a certificate of appealability, that request will be
2   denied as unnecessary because the court considered the issue in the November 23, 2010, final
3   order and declined to issue a certificate of appealability.  Petitioner's motion, however, will be
4   construed as a notice of appeal and the Clerk of the Court will be directed to process the appeal
5   to the Ninth Circuit Court of Appeals accordingly.[1]  As to petitioner's motion for leave to
6   proceed in forma pauperis, that request will be denied without prejudice to renewing the motion
7   in the Ninth Circuit if necessary.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   For the reasons discussed in the November 23, 2010, final order, the court declines to issue a certificate of appealability;

   2.   As a motion for a certificate of appealability, petitioner's motion (Doc. 25) is denied;

   3.   Petitioner's motion (Doc. 25) is construed as a notice of appeal from the court's November 23, 2010, final judgment;

   4.   The Clerk of the Court is directed to process the appeal forthwith;

   5.   Petitioner's motion for leave to proceed in forma pauperis (Doc. 26) is denied without prejudice to renewal in the Court of Appeal is necessary; and

   / / /

---

[1]   The court notes that petitioner's motion was filed on January 10, 2011.  Based on this date, the appeal would be untimely.  See Fed. R. App. P. 4(a).  The motion, however, was signed by petitioner on December 21, 2010.  Based on this date, the appeal would be timely.  See id.  In Houston v. Lack, 487 U.S. 266 (1988), the Supreme Court held that a pro se prisoner's notice of appeal is deemed "filed" at the moment he delivers it to prison officials for mailing to the court.  The so-called "prison mailbox rule" has been extended to apply to other legal documents submitted to the court by prisoners.  See e.g. Stillman v. LaMarque, 319 F.3d 1199, 1201 (9th Cir. 2003) (applying rule to prisoner's habeas corpus petition); see also Huizar v. Carey, 273 F.3d 1220, 1223 (9th Cir. 2001) (discussing rule in context of "prisoner who delivers a document to prison authorities"); Lott v. Mueller, 304 F.3d 918, 921 (9th Cir. 2002) (stating rule in terms of any "legal document" submitted by a pro se prisoner).  Because it is not known when petitioner actually delivered the motion being construed as a notice of appeal to prison authorities for mailing, this court expresses no opinion on the timeliness of an appeal.

6. The Clerk of the Court is directed to terminate all pending motions in this docket, which remains closed.

DATED: January 13, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

3